# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STAN GODDARD,** | Case No. 2:14-cv-02256-MCE-CKD |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| **CONVERGENT OUTSOURCING, INC.,** | |
| Defendant. | |

In accordance with the stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor, this entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT